STATE OF MINNESOTA

IN SUPREME COURT

A16-0921



In re Petition for Disciplinary Action against
Charles A. Price, a Minnesota Attorney,
Registration No. 008816X.

O R D E R

The Director of the Office of Lawyers Professional Responsibility filed a petition for disciplinary action seeking reciprocal discipline under Rule 12(d), Rules on Lawyers Professional Responsibility (RLPR), based on an order of the Virginia State Bar Disciplinary Board suspending respondent Charles A. Price for 3 years. *See In re Price*, No. 14-051-096204, 2014 WL 6450327, at *1-2 (Va. State Bar Disciplinary Bd. Sept. 25, 2014) (order). The Virginia suspension was based on Price's admissions that he violated Va. R. Prof. Conduct 5.5(c), 7.5(a), 8.1, 8.4(a), and 8.4(b). *Price*, 2014 WL 6450327, at *4-5. Respondent failed to file an answer to the petition.

On June 16, 2016, the Director filed a motion for summary relief. On July 6, 2016, we deemed the allegations in the petition admitted. *See* Rule 13(b), RLPR. We invited the parties to file memoranda addressing the appropriate discipline; however, only the Director filed a memorandum on the issue of the appropriate discipline.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Charles A. Price is indefinitely suspended from the practice of law, with no right to petition for reinstatement for 3 years.

1

2.    Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

3.    Respondent may petition for reinstatement under Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the written examination that is required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility and satisfaction of continuing legal education requirements under Rule 18(e), RLPR.

Dated: October 13, 2016          BY THE COURT:

David R. Stras
Associate Justice